ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 00-1785 MJD/JGL

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANTONIO BROWN,

Defendant,

HENNEPIN COUNTY,

Garnishee.

**GARNISHMENT ORDER**

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about January 9, 2001.

Pursuant to the Writ of Garnishment, the garnishee filed an Answer with this Court on or about February 7, 2001. In its Answer, the garnishee states that at the time of the service of the Writ, a garnishment of 25% of defendant's wages for child support had been Ordered by the Court. This Child Support Order is expected to be in effect for at least ten years.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on Antonio Brown is hereby released.

Dated: 2/26/01

Magistrate Judge
United States District Court

FILED FEB 26 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD.